# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2313. CEDRIC BRADSHAW v. THE STATE.**

In 2009, Cedric Bradshaw was convicted of failing to register as a sex offender. The trial court sentenced him to twenty years, to serve the first ten in confinement and the remainder on probation. In 2017, Bradshaw was released on probation, but the following year the State petitioned to revoke his probation based on the commission of a new offense, and the court revoked the balance of Bradshaw's probation. Thereafter, Bradshaw filed a motion to modify his sentence, arguing that the trial court was only authorized to revoke two years of probation. The trial court denied the motion, and Bradshaw appeals. We lack jurisdiction.

"In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought." *Self v. Bayneum*, 265 Ga. 14, 14-15 (453 SE2d 27) (1995). Because the underlying subject matter of this appeal is the revocation of Bradshaw's probation, he was required to file an application for discretionary appeal in order to appeal. See OCGA § 5-6-35 (a) (5), (b);

*Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). His failure to do so deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*__07/11/2019_____
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*